# Supreme Court of Florida

_____

No. SC2024-0493
_____

**IN RE: AMENDMENTS TO RULES REGULATING THE FLORIDA BAR – RULE 1-3.3.**

July 3, 2024

PER CURIAM.

The Florida Bar has filed a petition proposing an amendment to Rule Regulating The Florida Bar 1-3.3 (Official Bar Name and Contact Information). We have jurisdiction. *See* art. V, § 15, Fla. Const. The Committee previously published the amendment in the online version of *The Florida Bar News* on February 12, 2024. We hereby amend Rule Regulating The Florida Bar 1-3.3(a) (Designation) to delete language that allows a member of the Bar who has no e-mail address and no internet services to be excused from providing a designated e-mail address.

Accordingly, the Rules Regulating The Florida Bar are amended as reflected in the appendix to this opinion. Deletions are

indicated by struck-through type.  The amendment shall become effective July 8, 2024, at 12:02 a.m.

It is so ordered.

MUÑIZ, C.J., and CANADY, LABARGA, COURIEL, GROSSHANS, FRANCIS, and SASSO, JJ., concur.

THE FILING OF A MOTION FOR REHEARING SHALL NOT ALTER THE EFFECTIVE DATE OF THIS AMENDMENT.

Original Proceeding – Florida Rules Regulating The Florida Bar

Roland Sanchez-Medina, Jr., President, Rosalyn Sia Baker-Barnes, President-elect, Joshua E. Doyle, Executive Director, and Elizabeth Clark Tarbert, Division Director, Lawyer Regulation, The Florida Bar, Tallahassee, Florida,

for Petitioner

# APPENDIX

## RULE 1-3.3. OFFICIAL BAR NAME AND REQUIRED INFORMATION

(a) **Designation.** Each member of The Florida Bar must designate an official bar name, mailing address, business telephone number, and business e-mail address.  The official bar name may not be a fictitious name.  If the physical location or street address is not the principal place of employment, the member must also provide an address for the principal place of employment.  The Florida Bar may excuse a bar member from the requirement of providing an e-mail address if the bar member has been excused by the court from e-service ~~or the bar member demonstrates that the bar member has no e-mail account and lacks Internet service at the bar member's office~~.

(b) – (d)    [No Change]